# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WILSON, JR., | Case No. 1:16-cv-00811-SAB-HC |
| Petitioner, | ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA |
| v. | |
| WILLIAM L. MUNIZ, | |
| Respondent. | |

This is a civil action commenced by a prisoner incarcerated at Salinas Valley State Prison.[1] On June 9, 2016, this action was transferred from the Central District of California. (ECF No. 8). The events giving rise to this action occurred at Salinas Valley State Prison, which is located in Monterey County. Therefore, this action should have been transferred to the Northern District of California rather than to this district.

///
///
///
///
///

---

[1] The United States District Court for the Central District of California found that although the pleading was drafted on a § 2254 habeas form, this is a civil action against the warden claiming that prison authorities are allegedly collecting on a debt improperly and without validation. (ECF No. 8).

1

Pursuant to 28 U.S.C. § 1406(a), a civil action which has been filed in the wrong district may be transferred to the proper district. Accordingly, IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Northern District of California. This Court has not ruled on the request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   **June 10, 2016**

UNITED STATES MAGISTRATE JUDGE